UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :
                             :
                             :     ORDER EXTENDING
              v.             :     SURRENDER DATE
                             :
                             :     D.C. No. 06-902
                             :
RAHEEN TATE

This matter having come before the Court on the application of defendant, Raheen Tate, (by John H. Yauch, Assistant Federal Public Defender) for an Order extending the date by which defendant must surrender to serve his custodial sentence imposed in this matter, and the United States ( by Kathleen O'Leary, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this _14_ day of _November_, 2012, HEREBY ORDERED that:

1. That the defendant, Raheen Tate, is hereby ordered to self surrender to serve his prison term on November 16, 2012.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

consented to:

_____, AUSA
Kathleen O'Leary, Esq.


_____
John Yauch, Esq.