UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Cr. No. 06-902

    -vs-  :

RAHEEN TATE  :   <u>ORDER OF RELEASE</u>

It is on this 3rd day of October 2012 ORDERED:

That bail be fixed at $50,000 and the defendant be released upon unsecured appearance bond until October 10, 2012 at 9:30 a.m.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Continued supervision by United States Probation Office.
2. Reside with Marlene Tate at 2 Kensington Street, Apt. 21, Jersey City, NJ.
3. Defendant not to leave Jersey City, New Jersey.
4. No contact with Monica West either by telephone, text, Facebook, etc.
5. Order is only in effect until October 10, 2012 at 9:30 a.m.

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta Minott, Deputy Clerk